## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| ANYTIME BAIL BONDING, INC.; ANYTIME BAIL BONDING OF GWINNETT, INC.; SCOTT G. HALL, individually and as Chief Executive Officer of ANYTIME BAIL BONDING, INC.; and ANYTIME BAIL BONDING OF GWINNETT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KEYBO TAYLOR, individually and in his capacity as Sheriff of Gwinnett County, Georgia, <br><br> Defendant. | CIVIL ACTION NO. 1:21-CV-00877-TWT |

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE AND JOINT NOTICE OF SETTLEMENT AND CONSENT MOTION TO VACATE ALL DEADLINES AND NOTICE

COME NOW, Plaintiffs ANYTIME BAIL BONDING, INC.; ANYTIME

BAIL BONDING OF GWINNETT, INC.; SCOTT G. HALL, individually and as

Chief Executive Officer of ANYTIME BAIL BONDING, INC.; and ANYTIME

BAIL BONDING OF GWINNETT, INC., by and through their undersigned counsel,

and hereby dismiss with prejudice any and all claims against Defendant KEYBO

TAYLOR, individually and in his capacity as Sheriff of Gwinnett County, Georgia. Each party will bear its own costs.

FURTHERMORE, the parties respectfully submit this Joint Notice of Settlement and Consent Motion to Vacate all Deadlines and inform the Court as follows:

1. Plaintiffs Anytime Bail Bonding, Inc., Anytime Bail Bonding of Gwinnett, Inc., Scott Hall, individually and as Chief Executive Officer of Anytime Bail bonding, Inc., and Anytime Bail Bonding of Gwinnett, Inc. have reached an agreement in principle to resolve their claims against Keybo Taylor.

2. The parties reached a settlement agreement and will file a Notice of Dismissal once all conditions are satisfied.

3. Accordingly, the parties respectfully request that all deadlines established by the Court, the Local Rules or the Federal Rules of Civil Procedure be vacated.

Respectfully submitted this 1st of July, 2021.

**CHEELEY LAW GROUP, LLC**

/s/ Robert D. Cheeley
Robert D. Cheeley
GA Bar No. 122727
Gabrielle M. Holland
GA Bar No. 460601
2500 Old Milton Parkway, Suite 200
Alpharetta, GA 30009

T: (770) 814-7001
F: (678) 559-0273
bob@cheeleylawgroup.com
gabrielle@cheeleylawgroup.com

**JOHNSON MARLOWE, LLP**

/s/ Michael J. Bowers
Michael J. Bowers
Georgia Bar No. 071650
335B Oconee Street
Athens, GA 30308
T: (706) 425-8740
mbowers@johnsonmarlowe.com

*Attorneys for Petitioners*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANYTIME BAIL BONDING, INC.; ANYTIME BAIL BONDING OF GWINNETT, INC.; SCOTT G. HALL, individually and as Chief Executive Officer of ANYTIME BAIL BONDING, INC.; and ANYTIME BAIL BONDING OF GWINNETT, INC., | |
| Plaintiffs, | CIVIL ACTION NO. 1:21-CV-00877-TWT |
| v. | |
| KEYBO TAYLOR, individually and in his capacity as Sheriff of Gwinnett County, Georgia, | |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE AND JOINT NOTICE OF SETTLEMENT AND CONSENT MOTION TO VACATE ALL DEADLINES was typed in Times New Roman, fourteen (14) point font with a top margin of 1.5 inches.

Respectfully submitted this 1st of July, 2021.

**CHEELEY LAW GROUP, LLC**

<u>/s/ Robert D. Cheeley</u>
Robert D. Cheeley
GA Bar No. 122727
Gabrielle M. Holland
GA Bar No. 460601
2500 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
T: (770) 814-7001
F: (678) 559-0273
bob@cheeleylawgroup.com
gabrielle@cheeleylawgroup.com

**JOHNSON MARLOWE, LLP**

/s/ Michael J. Bowers
Michael J. Bowers
Georgia Bar No. 071650
335B Oconee Street
Athens, GA 30308
T: (706) 425-8740
mbowers@johnsonmarlowe.com

*Attorneys for Petitioners*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANYTIME BAIL BONDING, INC.; ANYTIME BAIL BONDING OF GWINNETT, INC.; SCOTT G. HALL, individually and as Chief Executive Officer of ANYTIME BAIL BONDING, INC.; and ANYTIME BAIL BONDING OF GWINNETT, INC., | |
| Plaintiffs, | CIVIL ACTION NO. 1:21-CV-00877-TWT |
| v. | |
| KEYBO TAYLOR, individually and in his capacity as Sheriff of Gwinnett County, Georgia, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE AND JOINT NOTICE OF SETTLEMENT AND CONSENT MOTION TO VACATE ALL DEADLINES upon all parties to this matter by electronically filing a copy of the same with the Clerk of Court using the CM/ECF filing system which will automatically send notice to the attorney(s) of record.

-6-

Respectfully submitted, this 1st of July, 2021.

                        **CHEELEY LAW GROUP, LLC**

                        /s/ Robert D. Cheeley
                        Robert D. Cheeley
                        GA Bar No. 122727
                        Gabrielle M. Holland
                        GA Bar No. 460601
                        2500 Old Milton Parkway, Suite 200
                        Alpharetta, GA 30009
                        T: (770) 814-7001
                        F: (678) 559-0273
                        bob@cheeleylawgroup.com
                        gabrielle@cheeleylawgroup.com

                        **JOHNSON MARLOWE, LLP**

                        /s/ Michael J. Bowers
                        Michael J. Bowers
                        Georgia Bar No. 071650
                        335B Oconee Street
                        Athens, GA 30308
                        T: (706) 425-8740
                        mbowers@johnsonmarlowe.com

                        *Attorneys for Petitioners*