THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANYTIME BAIL BONDING, INC., ANYTIME BAIL BONDING OF GWINNETT, INC., SCOTT G. HALL, individually and as Chief Executive Officer of ANYTIME BAIL BONDING, INC., and ANYTIME BAIL BONDING OF GWINNETT, INC., <br><br> Petitioners, <br><br> v. <br><br> KEYBO TAYLOR, individually and in his capacity as Sheriff of Gwinnett County, Georgia, <br><br> Respondent. | CIVIL ACTION NO. <br> 1:21-cv-00877-TWT |

## ORDER ON STIPULATION OF DISMISSAL

Before this Court is the parties' Stipulation of Dismissal with Prejudice between the Petitioners ANYTIME BAIL BONDING, INC., ANYTIME BAIL BONDING OF GWINNETT, INC., SCOTT G. HALL, individually and as Chief Executive Officer of ANYTIME BAIL BONDING, INC., and ANYTIME BAIL BONDING OF GWINNETT, INC. and Respondent, KEYBO TAYLOR, individually and in his capacity as Sheriff of Gwinnett County, Georgia.

1

WHEREFORE, the parties' stipulation is accepted and Petitioners' claims against Respondent Keybo Taylor are dismissed with prejudice.

SO **ORDERED** this __28th__ day of __July__, 2021.

                                           _____
                                           The Honorable Thomas W. Thrash, Jr.
                                           Senior United States District Judge